UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD BORDIN,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JON RAU, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:23-CV-00449-CLB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT**<br><br>[ECF No. 15] |

On November 29, 2023, Plaintiff filed a motion for extension of time to file a third amended complaint. (ECF No. 15.) The current deadline to file a third amended complaint is December 18, 2023. (ECF No. 14.) The Court will grant Plaintiff an additional thirty days to file a third amended complaint. Therefore, the deadline for Plaintiff to file a third amended complaint is now **Wednesday, January 17, 2024.**

**IT IS SO ORDERED.**

**DATED**: ___November 30, 2023.___

_____
**UNITED STATES MAGISTRATE JUDGE**