AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Richard Bordin,

                       Plaintiff,

v.

Jon Rau, *et al.,*

                       Defendants.

JUDGMENT

Case Number:  3:23-cv-00449-CLB

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss, (ECF No. 22), is GRANTED as unopposed under Local Rule 7-2(d).
**IT IS FURTHER ORDERED** that this action is **DISMISSED with prejudice**.
**IT IS FURTHER ORDERED** that judgment is hereby accordingly and this case is closed.

CLERK OF COURT

Date: __March 15, 2024__

_____
Signature of Clerk or Deputy Clerk