AO450 (NVD Rev. 2/18.) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

RICHARD BORDIN,

          Plaintiff,

v.

JON RAU, *et al.*,

          Defendants.

JUDGMENT

Case Number: 3:23-cv-00449-CLB

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to this court's order filed April 10, 2024 (ECF No. 31) the Defendants' motion to dismiss, (ECF No. 22), is **GRANTED**, and the third amended complaint, (ECF No. 17), is **DISMISSED WITH PREJUDICE** as amendment would be futile.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: April 10, 2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*