UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD BORDIN,<br><br>                    Plaintiffs,<br><br>  v.<br><br>JON RAU, *et. al.*,<br><br>                    Defendants. | Case No. 3:23-CV-00449-CLB<br><br>**ORDER DENYING AS MOOT MOTION FOR RELIEF**<br><br>[ECF No. 34] |

On May 7, 2024, Plaintiff Richard Bordin filed a "Motion for Relief" with the Court, (ECF No. 34). While not entirely clear, this filing appears to be a letter or correspondence with the Court. However, on April 10, 2024, the Court granted Defendants Jon Rau and Josh Rau's motion to dismiss and entered judgment in favor of Defendants. (ECF Nos. 31, 32.)

Therefore, **IT IS ORDERED** that Plaintiff's motion for relief, (ECF No. 34), is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that no further documents are to be filed in this closed case.

**IT IS FURTHER ORDERED** that the Clerk shall return as unfiled any further documents received in this closed case.

**IT IS SO ORDERED**.

DATE: May 7, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**